IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TRAVIS MARTIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CR 323-007 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Petitioner filed an original and amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Doc. nos. 137, 139.) Respondent opposes the motion. (Doc. no. 141). In that opposition, Respondent relies on information from the guilty plea proceedings to argue Petitioner "explicitly and irrevocably instruct[ed] his attorney not to file an appeal." (Id. at 6 (citing doc. no. 71, Plea Agreement).)

Because the best information as to what Petitioner knew and understood his Plea Agreement to mean concerning what Petitioner knew and understood about waiving his appellate rights, the Court directed Respondent to supplement the record with a copy of the Rule 11 transcript. (Doc. no. 146.) Respondent has complied with the Court's Order, and Petitioner now requests a copy of that transcript.[1] (Doc. no. 149.) Respondent did not file a

---

[1]Petitioner requests a copy of the "Plea Transcript" the government requested to be filed by July 24, 2025. (Doc. no. 149.) Although Petitioner includes "5/15/24" in the title of his motion, the guilty plea proceedings the government was directed to have transcribed occurred on February 20, 2024, and that is the transcript which has been filed.

response to the motion, and it is therefore deemed unopposed.  See Loc. R. 7.5.  Accordingly, the Court **GRANTS** Petitioner's motion, (doc. no. 149), and **DIRECTS** Respondent to serve a copy of the redacted Rule 11 transcript, (doc. no. 155), on Petitioner by no later than August 8, 2025, and certify the service for the record.  Petitioner shall have through and including September 2, 2025, to file any supplemental reply to Respondent's opposition to the § 2255 motion, not to exceed five pages.[2]

SO ORDERED this 4th day of August, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Petitioner filed his original reply to Respondent opposition to his § 2255 motion on June 3, 2025.  (See doc. no. 144.)